IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH GALLAGHER, et al., : <br>     Plaintiffs : <br> : <br> v. : <br> : <br> LACKAWANNA COUNTY : <br>     Defendant : | 3:CV-07-0912 <br> (JUDGE VANASKIE) |

## ORDER

NOW, THIS 19th DAY OF DECEMBER, 2008, following a Telephone Scheduling Conference conducted in the above-captioned matter on this date, IT IS HEREBY ORDERED THAT:

1. All fact discovery regarding liability shall be completed no later than Tuesday, March 31, 2009.

2. A telephonic scheduling conference shall be held on Wednesday, March 25, 2009, at 9:00 a.m. Plaintiff's counsel is responsible for placing the call to (570) 207-5720, and all parties should be ready to proceed before the undersigned is contacted.

3. No discovery motion shall be filed until after the disputing parties have conferred with the Court in an effort to resolve the discovery dispute. The discovery conference with

the Court may be conducted by telephone at the request of <u>any</u> of the disputing parties.

<u>s/ Thomas I. Vanaskie</u>
Thomas I. Vanaskie
United States District Judge
